

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2020

No. 04-20-00043-CV

Krystal **LOPEZ,**
Appellant

v.

Randall P. **KIRK,**
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-04061
Honorable David A. Canales, Judge Presiding

# O R D E R

On April 7, 2020, the trial court clerk filed a notification of late record stating the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court